# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES STEVEN PARADISO; BILL Z. LIU; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-cv-01127-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Order of Dismissal　　　　Case: 2:17-CV-01127-MCE-KJN